FILED

APR - 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00099 YGR (DMR) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DETENTION ORDER |
| v. | ) | |
| | ) | |
| ANTHONY RAY JACINTO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## I. DETENTION ORDER

Defendant Anthony Ray Jacinto is charged in an indictment with violations of 18 U.S.C. §§ 922(g)(1) and 924(d)(1) (felon in possession of ammunition; felon in possession of firearm and ammunition; and gun and ammunition forfeiture). On March 30, 2012, the United States moved for Mr. Jacinto's detention and asked for a detention hearing as permitted by 18 U.S.C. § 3142(f). Pretrial Services prepared a full bail study. At the April 4, 2012 hearing before this Court, Defendant waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present

DETENTION ORDER
CR 12-00099 YGR (DMR)                               1

cc: Copy to parties via ECF, Pret. Svcs, Frances, 2 Certified copies to US Marshal

information by proffer or otherwise), and retained his right to raise any additional relevant information at a later hearing.  The Court notes that Defendant is subject to a state probation hold.

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Jacinto as presenting a danger to the community and finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case.  *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Mr. Jacinto.  Because Defendant waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: April 4, 2012

DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 12-00099 YGR (DMR)                        2