MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY RAY JACINTO,<br><br>Defendant. | No. CR-12-0099 YGR<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 7, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER<br><br>Date: May 3, 2012<br>Time: 2:00 p.m.<br>Court: Hon. Yvonne Gonzalez Rogers |

The above-captioned matter is set for before this Court for status on May 3, 2012. The parties request that the Court continue the hearing to June 7, 2012 and that the Court exclude time under the Speedy Trial Act between May 3, 2012 and June 7, 2012.

Defendant was arraigned on a two-count indictment charging him with violations of 18 U.S.C. § 922(g)(1) for being a felon in possession of ammunition (Count One) and for being a felon in possession of a firearm and ammunition (Count Two). The charges arise from Defendant's alleged conduct on two separate days. To date, the United States has produced discovery and the parties have begun plea discussions. During the parties' discussions, the United States agreed to provide additional discovery at the defense counsel's request, but needs

more time to do so. Moreover, defense counsel requires additional time to investigate the case, to review discovery, and to further confer with the Defendant. Accordingly, although the parties anticipate that the case will resolve pursuant to a negotiated disposition, both sides need more time to develop the case.

On that basis, the parties jointly request that the Court continue the hearing to June 7, 2012 and that the Court exclude time under the Speedy Trial Act between May 3, 2012 and June 7, 2012. The parties agree that the extension is not sought for delay. The parties further agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between May 3, 2012 and June 7, 2012 under the Speedy Trial Act for effective preparation of defense counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: May 1, 2012

/s/
WADE M. RHYNE
Assistant United States Attorney

/s/
ANGELA HANSEN
Counsel for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY RAY JACINTO,<br><br>Defendant. | No. CR-12-0099 YGR<br><br>~~[PROPOSED]~~ ORDER GRAINTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 7, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: May 3, 2012<br>Time: 2:00 p.m.<br>Court: Hon. Yvonne Gonzalez Rogers |

The above-captioned matter is set for before this Court for status on May 3, 2012. The parties have jointly request that the Court continue the hearing to June 7, 2012 and that the Court exclude time under the Speedy Trial Act between May 3, 2012 and June 7, 2012.

Defendant was arraigned on a two-count indictment charging him with violations of 18 U.S.C. § 922(g)(1) for being a felon in possession of ammunition (Count One) and for being a felon in possession of a firearm and ammunition (Count Two). To date, the United States has produced discovery and the parties have begun plea discussions. During the parties' discussions, the United States agreed to provide additional discovery at the defense counsel's request, but needs more time to do so. Moreover, defense counsel requires additional time to investigate the case, to review discovery, and to further confer with the Defendant. Accordingly, although the

parties anticipate that the case will resolve pursuant to a negotiated disposition, both sides need more time to develop the case.

The parties agreed that the extension is not sought for delay. The parties further agreed the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the hearing in this matter is continued from May 3, 2012 to June 7, 2012 at 2:00 p.m. before this Court, and that time between May 3, 2012 and June 7, 2012 is excluded under the Speedy Trial Act to allow for the effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: May 2, 2012

HON. YVONNE GONZALEZ ROGERS
United States District Court Judge